In the Matter of O'CONNOR LONG ISLAND PROPERTIES CORPORATION, Appellant, against HENRY E. BRUCKMAN et al., Constituting the STATE LIQUOR AUTHORITY, Respondents.

Submitted February 24, 1942; decided March 5, 1942.

*Francis V. McHugh* for motion.
*Herbert S. Holiner* and *Milton N. Mound* opposed.
Motion denied.